UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRYAN ALEJANDRO ALATORRE-ROCHA,<br><br>　　　　　Defendant. | CASE NO.  21CR3368-JLS<br><br>**ORDER RE JOINT MOTION TO CONTINUE THE MOTION HEARING** |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing from January 14, 2022, to **February 11, 2022 at 1:30 p.m. is granted**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7).

**IT IS SO ORDERED**.

Dated: January 10, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge