UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21CR3368-JLS |
| Plaintiff, | **ORDER RE JOINT MOTION TO CONTINUE THE MOTION HEARING** |
| v. | |
| BRYAN ALEJANDRO ALATORRE-ROCHA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing from February 11, 2022, to **March 11, 2022 at 1:30 p.m. is granted**. For the reasons explained in the parties' joint motion, time is excluded due to the pretrial motion and under the ends of justice. 18 U.S.C. § 3161(h)(1)(D), (7).

**IT IS SO ORDERED**.

Dated: February 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge